IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-501-CV





MARK POINTER AND FIRST BAPTIST CHURCH OF HEATH,



 APPELLANTS


vs.





MELANIE KANE,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 487,285, HONORABLE JOE B. DIBRELL, JR., JUDGE PRESIDING



 




PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Joint Motion

Filed: December 15, 1993

Do Not Publish